# UNITED STATES DISTRICT COURT
for the
Northern District of Florida

FILED June 3, 2016
(Date)
NORTHERN DISTRICT FLORIDA
US MAGISTRATE JUDGE (Initials) AMK

United States of America
v.

Nicholas G. Peacock

Defendant(s)

Case No. 3:16mj101/CJK

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of 4/1/16 - 4/4/16 in the county of Escambia in the Northern District of Florida, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Sections 2422(b) & 2423(b) | – the enticement of a minor for illicit sexual activity<br>– the travel with intent to engage in illicit sexual activity with a minor |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

FBI Task Force Officer Vannessa Carmona
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 6/3/2016

*Judge's signature*

City and state: Pensacola, Florida

U.S. Magistrate Judge Charles J. Kahn, Jr.
*Printed name and title*

Print Form