IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,

v.  Case No.: 3:16cr54/MCR/MAL

NICHOLAS PEACOCK,
    Defendant.
_____/

# **O R D E R**

    This cause comes on for consideration on the Magistrate Judge's Report and Recommendation dated April 21, 2023.  ECF No. 174.  Defendant has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have conducted a <u>de novo</u> review of Defendant's objections.

    Defendant's objections to the Magistrate Judge's order (ECF No. 173) and report and recommendation (ECF No. 174) center around his "previously filed" affidavits. These affidavits did not become part of the record in this case because they were returned to him by the clerk without docketing on February 21, 2023 and April 19, 2023. Therefore, despite the presence of date stamps on the affidavits that were returned to him, the existence of the affidavits was unknown to, and could not have been known to, the Magistrate Judge at the time of her rulings.

    Having considered the Report and Recommendation, and the objections

thereto, I have determined that the Report and Recommendation (ECF No. 174) should be adopted. Furthermore, Defendant has resubmitted the affidavits in question along with a properly styled motion. ECF No. 180. Therefore, his objection to the Magistrate Judge's April 18, 2023 order (ECF No. 178) is moot. His objection to the March 30, 2023 Order requiring the use of a proper form to amend (ECF No. 175) is likewise moot in light of the amended motion.

Accordingly, it is now **ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation (ECF No. 174) is adopted and incorporated by reference in this order.

2. Defendant's "Motion for Sanction Against Government" (ECF No. 164), "Motion to Withdraw Plea" (ECF No. 165) and Motion to Supplement Motion to Withdraw Plea (ECF No. 166) are denied.

3. Defendant's Objections to the Magistrate Judge's Orders (ECF No. 175, 178) are denied as moot.

**DONE and ORDERED** this 25th day of May, 2023.

/s/ *M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

Case No.: 3:16cr54/MCR/MAL